IN THE SUPREME COURT OF TEXAS
════════════
No. 
04-0360
════════════
In re Nexion Health at Humble, Inc. 

d/b/a Humble Healthcare 
Center,
Relator
════════════════════════════════════════════════════
On Petition 
for Writ of Mandamus
════════════════════════════════════════════════════
SUPPLEMENTAL PER 
CURIAM
ON MOTION FOR 
REHEARING OF CAUSE 
            On 
rehearing, the real party raised for the first time that the Federal Arbitration 
Act is “reverse preempted” by the McCarran-Ferguson Act, citing for authority 
the Houston court of appeals decision in In re Kepka. See 
McCarran-Ferguson Act, 15 U.S.C. § 1012(b); Federal Arbitration Act, 9 
U.S.C. § 1, et. seq.; see also In re Kepka, ___S.W.3d___ 
(Tex. App.—Houston [1st Dist.] 2005). Because this issue has not been reviewed 
by the courts below, we decline to reach the issue and express no opinion as to 
the merits of this argument. 
 
OPINION DELIVERED: October 
14, 2005